# MOTION HEARING

# UNDER SEAL

| | |
|---|---|
| Date: 3/1/2024 | Judge: Michael S. Nachmanoff |
| | Reporter: Diane Salters |
| Start: 10:01 am | Deputy Clerk: Lynnelle Creek |
| Finish: 10:04 am | |

**Civil Action Number:** 1:23-cv-319

# HILL ET AL

VS.

# ERNST & YOUNG U.S. LLC

Appearance of Counsel for (✓)IP- (Tanya Kapoor)
　　　　　　　　　　　　　(✓) Deft- (Jason Greaves)

1. Motion to Dismiss Counts I and II (Dkt.11) - GRANTED
   - Counts I and II dismissed with prejudice with regard to claims as to Hill and Livingston.
   - Counts I and II dismissed without prejudice with regard to the U.S.
   - Counts III dismissed with prejudice with regard to U.S.

2. Govt's oral request to unseal case- GRANTED.

Argued &
(✓) Granted   ( ) Denied   ( ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow